| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **David M. Ward** | Social Security number or ITIN | **xxx–xx–3474** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Melissa M. Ward** | Social Security number or ITIN | **xxx–xx–3081** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | | |
| Case number:   **20–22107–TPA** | | | |

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David M. Ward                                                                          Melissa M. Ward

<u>10/14/20</u>                                                                   **By the court:**   <u>Thomas P. Agresti</u>
                                                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
David M. Ward  
Melissa M. Ward  
    Debtor(s)

Case No. 20-22107-TPA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: admin     Page 1 of 4  
Date Rcvd: Oct 14, 2020     Form ID: 318     Total Noticed: 72

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David M. Ward, Melissa M. Ward, 109 Linden Drive, Industry, PA 15052-1751 |
| 15265658 | + | Community Bank Na, 45-49 Court St, Canton, NY 13617-1179 |
| 15265657 | + | Community Bank Na, Attn: Bankruptcy Dept, 45 - 49 Court Street, Canton, NY 13617-1179 |
| 15265661 | + | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15265660 | | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCSB3E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 15265664 | + | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15265667 | + | Hon. John W. Armour, 175 Friendship Circle, Beaver, PA 15009-1395 |
| 15265668 | + | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15265669 | + | Midland Credit Management, Inc., 1 International Plaza 5th Floor, Philadelphia, PA 19113-1510 |
| 15265672 | + | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15265671 | + | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 15265673 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15265674 | + | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15265675 | + | Nabco Federal Cu, Po Box 222, Monaca, PA 15061-0222 |
| 15265676 | + | Nissan Motor Acceptanc, Pob 660366, Dallas, TX 75266-0366 |
| 15265677 | + | Northwest Consumer Dis, 151 Pittsburgh Rd, Butler, PA 16001-3253 |
| 15265695 | | USX FCU, PO Box 2711, Omaha, NE 68103-2711 |
| 15265694 | | Us Bank Na Retail Le, Attn Cbdh, Oshkosh, WI 54903 |
| 15265693 | + | Us Bank Na Retail Le, Attn: Bankruptcy, Po Box 3447, Oshkosh, WI 54903-3447 |
| 15265697 | + | Usx Federal Credit Uni, 600 Grant St, Pittsburgh, PA 15219-2702 |
| 15265696 | | Usx Federal Credit Uni, P O Box 3780, Harrisburg, PA 17105 |
| 15265701 | + | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |
| 15265700 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 15 2020 03:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 15 2020 03:42:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Oct 15 2020 03:55:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | EDI: PRA.COM | Oct 15 2020 04:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15265638 | + | EDI: GMACFS.COM | Oct 15 2020 04:18:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15265639 | + | EDI: GMACFS.COM | Oct 15 2020 04:18:00 | Ally Financial, P.o. Box 380901, Bloomington, |

| Recipient ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| 15265640 | + EDI: BANKAMER.COM | Oct 15 2020 04:18:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15265641 | + EDI: BANKAMER.COM | Oct 15 2020 04:18:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15265642 | + Email/Text: notices@burt-law.com | Oct 15 2020 03:55:00 | Burton Neil & Associates PC, 1060 Andrew Drive, Ste 170, West Chester, PA 19380-5600 |
| 15265643 | + EDI: CAPITALONE.COM | Oct 15 2020 04:18:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15265645 | + EDI: CAPITALONE.COM | Oct 15 2020 04:18:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15265644 | + EDI: CAPITALONE.COM | Oct 15 2020 04:18:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15265647 | + EDI: CAPITALONE.COM | Oct 15 2020 04:18:00 | Capital One / Yamaha, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15265646 | + EDI: CAPITALONE.COM | Oct 15 2020 04:18:00 | Capital One / Yamaha, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15265650 | + EDI: CAPITALONE.COM | Oct 15 2020 04:18:00 | Capital One/Helzberg, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15265651 | + EDI: CAPITALONE.COM | Oct 15 2020 04:18:00 | Capital One/Helzberg, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15265648 | + EDI: CAPITALONE.COM | Oct 15 2020 04:18:00 | Capital One/boscovs, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15265649 | + EDI: CAPITALONE.COM | Oct 15 2020 04:18:00 | Capital One/boscovs, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15265654 | + Email/Text: mediamanagers@clientservices.com | Oct 15 2020 03:41:00 | Client Services Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 15265656 | + EDI: WFNNB.COM | Oct 15 2020 04:18:00 | Comenity Bank/Gander Mountain, Po Box 182789, Columbus, OH 43218-2789 |
| 15265655 | + EDI: WFNNB.COM | Oct 15 2020 04:18:00 | Comenity Bank/Gander Mountain, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15265659 |   Email/Text: bknotice@ercbpo.com | Oct 15 2020 03:54:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 15265662 |   Email/Text: bankruptcynotice@fcbanking.com | Oct 15 2020 03:42:00 | First Commonwealth Bank, Attn: Bankruptcy, Po Box 400, Indiana, PA 15701 |
| 15265663 | + Email/Text: bankruptcynotice@fcbanking.com | Oct 15 2020 03:42:00 | First Commonwealth Bank, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15265665 | + Email/Text: bankruptcy.notices@hdfsi.com | Oct 15 2020 03:55:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 15265666 | + Email/Text: bankruptcy.notices@hdfsi.com | Oct 15 2020 03:55:00 | Harley Davidson Financial, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 15265652 |   EDI: JPMORGANCHASE | Oct 15 2020 04:18:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15265653 |   EDI: JPMORGANCHASE | Oct 15 2020 04:18:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15265670 | + EDI: MID8.COM | Oct 15 2020 04:18:00 | Midland Credit Managment, PO Box 2121, Warren, MI 48090-2121 |
| 15265678 | + EDI: AGFINANCE.COM | Oct 15 2020 04:18:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15265679 | + EDI: AGFINANCE.COM | | |

MN 55438-0901

Case 20-22107-TPA   Doc 19   Filed 10/16/20   Entered 10/17/20 01:48:11   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 14, 2020 | Form ID: 318 | Total Noticed: 72 |

| Recip ID | | EDI | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 15 2020 04:18:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15265682 | | EDI: PRA.COM | Oct 15 2020 04:18:00 | Portfolio Recovery, P.O. Box 12914, Norfolk, VA 23541 |
| 15265680 | + | EDI: WFNNB.COM | Oct 15 2020 04:18:00 | Petland/Comenity, Attn: Bankruptcy, Po Box 183043, Columbus, OH 43218-3043 |
| 15265681 | + | EDI: WFNNB.COM | Oct 15 2020 04:18:00 | Petland/Comenity, Po Box 182120, Columbus, OH 43218-2120 |
| 15265976 | + | EDI: RMSC.COM | Oct 15 2020 04:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15265683 | + | EDI: RMSC.COM | Oct 15 2020 04:18:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15265684 | + | EDI: RMSC.COM | Oct 15 2020 04:18:00 | Synchrony Bank/Care Credit, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15265685 | + | EDI: RMSC.COM | Oct 15 2020 04:18:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15265686 | + | EDI: RMSC.COM | Oct 15 2020 04:18:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15265687 | + | EDI: RMSC.COM | Oct 15 2020 04:18:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15265688 | + | EDI: RMSC.COM | Oct 15 2020 04:18:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15265689 | + | EDI: RMSC.COM | Oct 15 2020 04:18:00 | Synchrony Bank/Yamaha, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15265690 | + | EDI: RMSC.COM | Oct 15 2020 04:18:00 | Synchrony Bank/Yamaha, Po Box 965073, Orlando, FL 32896-5073 |
| 15265691 | | EDI: TFSR.COM | Oct 15 2020 04:18:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 15265692 | + | EDI: TFSR.COM | Oct 15 2020 04:18:00 | Toyota Financial Services, Two Walnut Groove Dr, Horsham, PA 19044-2219 |
| 15265698 | | EDI: WFFC.COM | Oct 15 2020 04:18:00 | Wells Fargo, Attn: Bankruptcy, Mac-F8235-02f Po Box 10438, De Moines, IA 50306 |
| 15265699 | + | EDI: WFFC.COM | Oct 15 2020 04:18:00 | Wells Fargo, 800 Walnut Street, Des Moines, IA 50309-3891 |
| 15265702 | + | EDI: CAPITALONE.COM | Oct 15 2020 04:18:00 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |
| 15265703 | + | EDI: CAPITALONE.COM | Oct 15 2020 04:18:00 | World's Foremost Bank, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |

TOTAL: 49

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| jdb | *+ | Melissa M. Ward, 109 Linden Drive, Industry, PA 15052-1751 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 14, 2020 | Form ID: 318 | Total Noticed: 72 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2020    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
  on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com

Eric E. Bononi
  bankruptcy@bononilaw.com pa69@ecfcbis.com

John L. Walker, Jr.
  on behalf of Debtor David M. Ward jwalker@marwlaw.com karen.w@marwlaw.com

John L. Walker, Jr.
  on behalf of Joint Debtor Melissa M. Ward jwalker@marwlaw.com karen.w@marwlaw.com

Keri P. Ebeck
  on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6